**Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00522-CR
_____

**JERRY WAYNE MOSES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-1499**

## ORDER

Appellant's appointed counsel, **Zachary Scott Maloney**, filed a brief concluding the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). On March 3, 2020, we informed counsel that in order to comply with *Anders,* counsel must notify appellant of his right to access the appellate record and provide him with a form motion for pro se access to the appellate record and file a motion to withdraw. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *see In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008). Counsel was requested to provide the court with an amended transmittal letter notifying appellant of his right to access the appellate record and to provide a form motion for pro se access to the appellate record. An example of a form motion was

attached. The court requested counsel to file the amended transmittal letter within 10 days. Counsel was also requested to file a motion to withdraw within 10 days.

As of this date, no response has been filed. Accordingly, we order counsel to provide the court with an amended transmittal letter notifying appellant of his right to access the appellate record and to provide a form motion for pro se access to the appellate record **within 10 days of the date of this order**. Additionally, we order counsel to file a motion to withdraw **within 10 days of the date of this order.** If counsel fails to comply, counsel's brief may be stricken, and the appeal abated for appointment of new counsel.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Poissant.